**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:26-cv-00788-SVK |
| Plaintiff, | |
| vs. | Honorable Susan van Keulen |
| JOHN DOE subscriber assigned IP address 107.212.40.204, | [PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for May 12, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until June 23, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for May 12, 2026 is continued to ~~July 28~~, August 11, 2026 at 9:30 a.m. A Joint Case Management Statement is due August 4, 2026.

**DONE AND ORDERED**.

Dated: ___April 23, 2026_____          By: _____
                                             **United States Magistrate Judge**
                                             Hon. Susan van Keulen

1

[Proposed] Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 5:26-cv-00788-SVK