**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 107.212.40.204,<br><br>                    Defendant. | Case Number: 5:26-cv-00788-SVK<br><br>Honorable Susan van Keulen<br><br>[PROPOSED] **ORDER ON PLAINTIFF'S SECOND *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's second *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for August 11, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until August 22, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for July 30, 2026 is continued to ~~September~~ October 13, 2026 ~~22, 2026~~ at 9:30 a.m.  Joint Case Management Statement is due October 6, 2026.

**DONE AND ORDERED**.

Dated:  June 25, 2026_____          By:  _____
**United States Magistrate Judge**
Hon. Susan van Keulen

1

---

[Proposed] Order on Second *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 5:26-cv-00788-SVK